STATE v. MACKINS

No. 603P85.

Case below: 76 N.C. App. 543.

Petition by defendants for discretionary review under G.S. 7A-31 denied 10 December 1985.

STATE v. MOORE

No. 465P85.

Case below: 75 N.C. App. 543.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 December 1985.

STATE v. NORMAN

No. 620P85.

Case below: 76 N.C. App. 623.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 10 December 1985.

STATE v. NORWOOD

No. 327P85.

Case below: 44 N.C. App. 174.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 10 December 1985.

STATE v. ROSENBAUM

No. 740P85.

Case below: 77 N.C. App. 846.

Petition by defendant for writ of supersedeas and temporary stay denied 12 December 1985.